IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $6,380.00 IN U.S. CURRENCY,<br><br>   Defendant. | Civ. S-04-2609 DFL/DAD PS<br><br>**ORDER** |

  The court having considered the plaintiff's request for a continuance of the status (pretrial scheduling) conference currently scheduled for April 22, 2005, and for good cause shown,

  IT IS HEREBY ORDERED that the status (pretrial scheduling) conference is continued to **May 27, 2005** at **11:00 a.m.**

DATED: April 18, 2005.

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/approx$6,380.contSC

1