McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR   SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:04-CV-2609 DFL/DAD PS |
|---|---|
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $6,380.00 IN U.S. CURRENCY, | Date:     N/A<br>Time:     N/A<br>Courtroom: N/A |
| Defendant. | |
| PATRICK W. BEWLEY, | |
| Claimant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

1.   This is a civil forfeiture action against approximately $6380.00 in U.S. Currency (hereinafter the "defendant currency") seized from claimant on March 31, 2004 by the West El Dorado County Narcotic Enforcement Team (WENET) on land in the Eastern District of California.  The currency was subsequently adopted for forfeiture by the Drug Enforcement Administration (DEA) on April 30, 2004.

1

1     2.   A Complaint for Forfeiture In Rem was filed on or about
2 December 9, 2004, seeking the forfeiture of the defendant currency,
3 alleging that said currency is subject to forfeiture to the United
4 States pursuant to 21 U.S.C. § 881(a)(6).
5     3.   On or about December 9, 2004, the Court issued a Warrant
6 of Arrest In Rem for the defendant currency, and that warrant was
7 duly executed on December 10, 2004.
8     4.   On or about December 16, 2004 copies of the Complaint for
9 Forfeiture In Rem, Summons and Warrant of Arrest In Rem, Affidavit,
10 Application and Order for Publication, and court notices were
11 served by certified mail on claimant.
12     5.   On or about January 7, 2005, a Public Notice of Arrest of
13 defendant currency appeared by publication in the Mountain
14 Democrat, a newspaper of general circulation in the county in which
15 the defendant currency was seized (El Dorado County).  The Proof of
16 Publication was filed with the Court on January 25, 2005.
17     6.   In addition to the publication of the Public Notice of
18 Arrest having been completed, actual notice of the forfeiture was
19 given to claimant Bewley on January 12, 2005, by personal service
20 of the documents described in ¶ 4.
21     7.   Apart from claimant Bewley, no other parties have filed
22 claims or answers in this matter, and the time for which any person
23 or entity may file a claim and answer has expired.
24     Based on the above findings, and the Court being otherwise
25 fully advised in the premises, it is hereby
26     ORDERED AND ADJUDGED:
27     1. That the Court adopts the Stipulation for Final Judgment of
28 Forfeiture entered into by and between the parties to this action.

2.   That judgment is hereby entered against claimant Patrick W. Bewley and all other potential claimants who have not filed claims in this action.

3.   That all right, title, and interest in $4780.00 of the approximately $6380.00 in U.S. Currency, together with any interest that may have accrued on that amount, is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.   That $1600.00 of the approximately $6380.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant Bewley.  Said payment shall be made no later than 60 days after entry of this Final Judgment of Forfeiture.  The U.S. Marshals Service shall issue a check in the amount of $1600.00, plus any accrued interest on that amount, made payable to Patrick Bewley and send it Patrick Bewley at 3374 Fairway Drive, Cameron Park, CA 95682.

5.   That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown or unanticipated injuries, as well as those now known or disclosed.  The parties waive the provisions of California Civil Code § 1532.

6.   That claimant Bewley waives any and all claim or right to interest that may have accrued on the approximately $4780 of the $6380, or any portion thereof, seized on March 31, 2004.

3

7. That pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture *In Rem* filed December 9, 2004, the Court finds that there was reasonable cause for the seizure of defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. That all parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 22 day of June, 2005.

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture *In Rem* filed December 9, 2004, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant currency.

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

4